### TED GERNER v. STATE.

No. A-9211.   Aug. 13, 1937.

(70 Pac. 2d 1112.)

George Miller, for plaintiff in error.

Mac Q. Williamson, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, hereinafter called the defendant, was convicted of the larceny of an automobile, and sentenced to serve a term of five years in the state penitentiary, and appeals.

The record in this case was filed in this court on October 9, 1936; no brief has been filed in support of the defendant's assignment of errors. A careful examination of the record discloses no fundamental error. The evidence is sufficient to support the verdict of the jury.

The case is therefore affirmed.